# Court of Appeals of the State of Georgia

ATLANTA,  July 18, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2044. CARLOS SKEETE, JR. v. EAST LAKE HOLDINGS, LLC et al.**

Carlos Skeete, Jr. filed a notice of appeal in this action, and the appeal was docketed on June 16, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Skeete's brief was due no later than July 7, 2025. See OCGA § 1-3-1 (3) (providing that when the last day of a period of time measured in days falls on a weekend, the party shall have until the following Monday to meet the deadline). Skeete, however, who is proceeding pro se, has neither filed a brief nor requested an extension of time in which to do so. Because Skeete has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rules 13, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/18/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*